No. 72–1021.  BARRY & BARRY, INC., ET AL. *v.* DEPARTMENT OF MOTOR VEHICLES OF WASHINGTON ET AL.   Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 72–849.  AVERY *v.* MARYLAND.  Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–6082.  SHAFFER *v.* GRAHAM, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF ARIZONA, ET AL. Appeal from Ct. App. Ariz. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. A–935 (72–1147).  DORFMAN *v.* UNITED STATES. C. A. 2d Cir.  Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 40, Orig.  PENNSYLVANIA *v.* NEW YORK ET AL. Supplemental report of Special Master hereby adopted by the Court.  [For earlier orders herein, see, *e. g.,* 409 U. S. 1122.]